**F. Chris CAWOOD, Plaintiff–Appellant,**

v.

**Linda BOOTH; Jon French; Randy Scarbrough; and Dennis Worley, Defendants–Appellees.**

No. 04–5319.

United States Court of Appeals, Sixth Circuit.

April 6, 2005.

F. Chris Cawood, Kingston, TN, pro se.

John C. Duffy, Watson & Hollow, Knoxville, TN, for Defendants–Appellees.

Before NORRIS and BATCHELDER, Circuit Judges; and MILLS, District Judge.[*]

## MEMORANDUM OPINION

PER CURIAM.

F. Chris Cawood appeals the district court's decision to grant summary judgment to defendants, in this civil rights action brought pursuant to 42 U.S.C. § 1983.

[*] The Honorable Richard Mills, United States District Court Judge for the Central District of Illinois, sitting by designation.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to defendants.

Because the reasoning which supports judgment for defendants has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose. Accordingly, the judgment of the district court is affirmed upon the reasoning employed by that court in its opinion, *Cawood v. Haggard,* 327 F.Supp.2d 863 (E.D.Tenn., 2004).